### 42522.   NUNN v. NATIONAL LIFE & ACCIDENT INSURANCE COMPANY.

HALL, Judge.   The judgment appealed from is one sustaining general demurrers to the defendant's plea of duress and answer, and is not an appealable judgment under the Appellate Practice Act of 1965.   Ga. L. 1965, p. 18, § 1 (a) (1); *Code Ann.* § 6-701 (a) (1).

The appeal must be dismissed.   *Code Ann.* § 6-809 (b) (1, 2).

*Appeal dismissed. Felton, C. J., and Eberhardt, J., concur.*

SUBMITTED JANUARY 4, 1967—DECIDED FEBRUARY 2, 1967.

*Fred W. Minter,* for appellant.

*Talley Kirkland,* for appellee.